THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Joel Antawan
 Robinson, Appellant.
 
 
 

Appeal from Richland County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2012-UP-202
 Submitted March1, 2012  Filed March 21,
2012    

AFFIRMED

 
 
 
 Chief Appellate Defender Robert M. Dudek,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Assistant Deputy Attorney General Donald J. Zelenka, Assistant Attorney
 General Alphonso Simon, Jr., and Solicitor Daniel E. Johnson, all of Columbia,
 for Respondent.
 
 
 

PER CURIAM: Joel
 Antawan Robinson appeals his convictions for murder, assault and battery with
 intent to kill, and possession of a firearm during the commission of a violent
 crime, arguing the trial court erred in denying his request to charge voluntary
 manslaughter.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v.
 Pittman, 373 S.C. 527, 570, 647 S.E.2d 144, 166-67 (2007) (holding an
 appellate court will not reverse a trial court's decision on a jury charge
 absent an abuse of discretion); State v. Childers, 373 S.C. 367, 373,
 645 S.E.2d 233, 236 (2007) ("Both heat of passion and sufficient legal
 provocation must be present at the time of the killing to constitute voluntary
 manslaughter."); State v. Ivey, 325 S.C. 137, 142, 481 S.E.2d 125,
 127 (1997) ("The exercise of a legal right, no matter how offensive to
 another, is never in law deemed a provocation sufficient to justify or mitigate
 an act of violence.").   
AFFIRMED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.